**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT**
**UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**_____ DIVISION**

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

NOV 0 7 2014

CHRIS R. JOHNSON, Clerk
By
Deputy Clerk

RECEIVED
NOV 04 2014
CLERK'S OFFICE

_Keithon Earl Bogan_

(Enter above the full name of the plaintiff
in this action.)

Prisoner ID No. _73254_

V.                          CASE NO. _14-5340 TLB JRM_

_Aramark_
_Correctional_
_Services_

(Enter above the **full** name of the defendant,
or defendants, in this action.)

I.    **Previous Lawsuits**

    A.    Have you begun other lawsuits in state or federal court dealing with the same
        facts involved in this action?

        Yes _____          No _**X**___

    B.    If your answer to A is yes, describe each lawsuit in the space below including the
        **exact plaintiff name or alias used.**  (If there is more than one lawsuit, describe
        the additional lawsuits on another piece of paper, using the same outline.)

        1.    Parties to this lawsuit

            Plaintiffs: _____N/A_____

            _____

            Defendants: _____N/A_____

            _____

**(Revised July 2014)**

-1-

2. **Court (if federal court, name the district; if state, name the county):**

_____ *N/A* _____

_____

3. **Docket number:** _____ *N/A* _____

4. **Name of judge to whom case was assigned:** _____ *N/A* _____

5. **Disposition (for example:  Was the case dismissed?  Was it appealed? Is it still pending?)** _____ *N/A* _____

6. **Approximate date of filing lawsuit:** _____ *N/A* _____

7. **Approximate date of disposition:** _____ *N/A* _____

II. **Place of Present Confinement:** *Washington County Detention Center - Fayetteville Arkansas*

III. **There is a written prisoner grievance procedure in the Arkansas Department of Correction and in your county jail. <u>Failure to complete the grievance procedure may affect your case in federal court.</u>**

A. **Did you present the facts relating to your complaint in the state or county written prisoner grievance procedure?**

**Yes** _*X*_        **No** _____

B. **If your answer is YES, attach copies of the most recent written grievance(s)/response(s) relating to your claims showing completion of the grievance procedure.  <u>FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.</u>  If copies are not available, list the number assigned to the grievance(s) and approximate date it was presented.**

_____ *(Look on Prefience Sheet )* _____

_____

C. **If your answer is NO, explain why not:** _____ *N/A* _____

_____

_____

-2-

**IV.     Parties**

(In item A below, place  your name in the first blank and place your present address
in the second blank.)

A.     Your Full Name: _keithon Earl Bogan_

    Address: _1155 West Clydesdale. Drive_
_Fayetteville, Arkansas 72701- 8200_

(In Item B below, place the **full** name of the defendant in the first blank, his official
position in the second blank, his place of employment in the third blank, and his
address in the fourth blank.)

**Do Not List Witnesses.**

You may not name the jail as a Defendant.  The jail is a building and cannot be sued.

**B.  Read carefully and fill out all information sought.**

**1. Defendant #1**

Full Name: _Aramark Correctional Services_

Position: _N/A_

Place of Employment: _Washington County Detention Center_

Address: _1155 West Clydesdale. Drive_
_Fayetteville, Arkansas 72701- 8200_

Briefly describe the act(s) or omission(s) of this Defendant who you claim
harmed you.

_Defendant sold a Product to me (the Consumer)_
_that was outdated and contaminated which_
_caused me to experience Health issues that are_
_ongoing._

Are you suing Defendant #1 in his or her: (check the appropriate blank)

    _X_   official capacity only (An official capacity claim is the same as suing the
          governmental entity this Defendant works for and requires proof that a
          custom or policy of the governmental entity caused the alleged violation).

_____ personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ both official and personal capacity

If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.

Aramark Correctional Services allowed a contaminated and Outdated product to leave their Company base and be sold (for profit) at another facility (and quite possibly other facilities) that caused me the Plaintiff some Health issues with my Stomache that are ongoing and still being diagnosed and treated by a medical Staff.

## 2. Defendant #2

Full Name: _____ N/A

Position: _____ N/A

Place of Employment: _____ N/A

Address: _____ N/A

Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.

_____ N/A

-4-

_____

_____

**Are you suing Defendant #2 in his or her: (check the appropriate blank)**

_____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

**3.  Defendant #3**

**Full Name:** _____ N/A _____

**Position:** _____ N/A _____

**Place of Employment:** _____ N/A _____

Address: _____ *N/A* _____

_____

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____ *N/A* _____

_____

_____

**Are you suing Defendant #3 in his or her: (check the appropriate blank)**

_____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____   both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____ *N/A* _____

_____

_____

_____

_____

_____

_____

_____

_____

-6-

**4.  Defendant #4**

Full Name: _____ N/A _____

Position: _____ N/A _____

Place of Employment: _____ N/A _____

Address: _____ N/A _____

_____

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____ N/A _____

_____

_____

**Are you suing Defendant #4 in his or her: (check the appropriate blank)**

____   official capacity only (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

____   personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

____   both official and personal capacity

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____ N/A _____

_____

_____

_____

_____

_____

_____

_____

_____

### 5. Defendant #5

**Full Name:** _____ *N/A* _____

**Position:** _____ *N/A* _____

**Place of Employment:** _____ *N/A* _____

**Address:** _____ *N/A* _____

_____

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____ *N/A* _____

_____

_____

**Are you suing Defendant #5 in his or her: (check the appropriate blank)**

_____ **official capacity only** (An official capacity claim is the same as suing the governmental entity this Defendant works for and requires proof that a custom or policy of the governmental entity caused the alleged violation).

_____ **personal capacity only** (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

_____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

-8-

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**6.  Defendant #6**

**Full Name:** _____ N/A _____

**Position:** _____ N/A _____

**Place of Employment:** _____ N/A _____

**Address:** _____ N/A _____

_____

**Briefly describe the act(s) or omission(s) of this Defendant who you claim harmed you.**

_____ N/A _____

_____

_____

**Are you suing Defendant #6 in his or her: (check the appropriate blank)**

_____   **official capacity only (An official capacity claim is the same as suing the
governmental entity and requires proof that a custom or policy of the
governmental entity caused the alleged violation).**

-9-

_____ **personal capacity only (A personal capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).**

_____ **both official and personal capacity**

**If you are asserting an official capacity claim, please describe the custom or policy that you believe caused the violation of your constitutional rights.**

_____ *NIA* _____

_____

_____

_____

_____

_____

_____

_____

V.    **At the time of the alleged incident(s), were you:**
      **(check the appropriate blank)**

X     **in jail and still awaiting trial on pending criminal charges**
_____ **serving a sentence as a result of a judgment of conviction**
_____ **in jail for other reasons (*e.g.*, alleged probation violation, etc.)**

**Explain:** _Im awaiting trial for pending criminal charges_

**Please provide the date of your conviction or probation or parole revocation:**

_____ *NIA* _____

## VI.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

On 10-20-2014 I the plaintiff purchased a Bag of outdated and contaminated Maxima Premium Instant Coffee (as well as numerous other inmates in this facility) from an employee of the Aramark Correctional Services Company. After consuming an unspecified amount of this product I began experiencing an extreme amount of Stomache pain. Shortly after I began experiencing this pain the Aramark employee came back around the facility Collecting the Contaminated Product from every inmate in this facility and replacing it with a new Bag. There should be a log and record of this happening. I then put requests into the medical Staff to treat my stomache pains and have been seen by the doctor and given antibiotics but I am still experiencing Stomache issues.

## VII.   Relief

If you are seeking to recover damages from the named defendants, check the appropriate blank or blanks below for the type or types of damages that you are seeking:

__X__   Compensatory damages (designed to compensate persons for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights)

_____  Punitive damages (designed to punish a defendant for engaging in misconduct and deter a defendant and others from engaging in such misconduct in the future)

State briefly below any other relief you are seeking in this action.  Make no legal arguments.  Cite no cases or statutes.

*I am seeking compensation of $100,000.⁰⁰ for physical and emotional stress pain and suffering. Due to the Actions of the Aramark Correctional Services by selling me outdated and contaminated products.*

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed this ___31st___ day of ___October___, 20_14_.

*Keithan Earl Bogan*
**Printed Name of Plaintiff**

*Keithon Bogan*
**Signature of Plaintiff**

In Referrce to Step III (3) B.

| Request Number | Date of Request | Time of Request |
|---|---|---|
| 220901 | 10/22/2014 | 12:30 |
| 221076 | 10/22/2014 | 6:27 |
| 221232 | 10/23/2014 | 11:02 |
| 222078 | 10/25/2014 | 2:07 |
| 220958 | 10/22/2014 | 2:21 |

$ 01.40°

Kathon Earl Bogan
1155 West Clydedale. Drve
Fayetteville, Arkansas 72701-8200

Sherry Gilbertson
Pro se Law Clerk
35 East Mountain. Street  suite 510
Fayetteville, Arkansas 72701

Legal