IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

KEITHON EARL BOGAN     PLAINTIFF

V.     CASE NO. 5:14-CV-5340

ARAMARK CORRECTIONAL SERVICES     DEFENDANT

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 4) filed in this case on November 7, 2014, by the Honorable Erin L. Setser, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**. As Plaintiff has at least three previous actions that qualify as "strikes" against him pursuant to 28 U.S.C. § 1915, the Clerk is directed to place a "barred" flag on this case.

IT IS SO ORDERED on this 8th day of December, 2014.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE